UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Okhtay Azarmanesh ,

Plaintiff(s),

v.

Merrick Garland, et al. ,

Defendant(s).

Case No. 23-cv-05210-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Shabnam Lotfi, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Bamshad Azizi Koutenaei et al. in the above-entitled action. My local co-counsel in this case is Jessica T. Arena, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 301807.

2 E Mifflin St Ste 803, Madison, WI 53703
MY ADDRESS OF RECORD

2443 Fillmore St, No 380-1614, San Francisco, CA 94115
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

608-259-6226
MY TELEPHONE # OF RECORD

541-525-3341
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

shabnam@lotfilegal.com
MY EMAIL ADDRESS OF RECORD

jessica@jtarenalaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1090020.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 4 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2023

Shabnam Lotfi
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Shabnam Lotfi is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October ~~16~~ 17, 2023

UNITED STATES MAGISTRATE JUDGE



Sheila T. Reiff
Clerk

**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

SHABNAM LOTFI

was admitted to practice as an attorney within this state on September 12, 2012 and is presently in good standing in this court.

Dated: January 10, 2023

CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing