UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Okhtay Azarmanesh, <br> Plaintiff(s), <br> v. <br> Merrick Garland, et al., <br> Defendant(s). | Case No. 23-cv-05210-LJC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Shabnam Lotfi, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Okhtay Azarmanesh in the above-entitled action. My local co-counsel in this case is Jessica T. Arena, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 301807.

| 2 E Mifflin St Ste 803, Madison, WI 53703 | 2443 Fillmore St, No 380-1614, San Francisco, CA 94115 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 608-259-6226 | 541-525-3341 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| shabnam@lotfilegal.com | jessica@jtarenalaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1090020.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 4 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: October 20, 2023                                         Shabnam Lotfi
                                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Shabnam Lotfi is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 23, 2023

_____
UNITED STATES MAGISTRATE JUDGE



Sheila T. Reiff
Clerk

**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

SHABNAM LOTFI

was admitted to practice as an attorney within this state on September 12, 2012 and is presently in good standing in this court.

Dated: January 10, 2023

CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing