```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OKHTAY AZARMANESH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK GARLAND, U.S. Attorney General, *et al.*,<br><br>　　　　　　　Defendants. | C 3:23-cv-05210 LJC<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

　　　　The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before February 16, 2024.

　　　　The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Currently, if Plaintiff has not filed a motion for summary judgment by 90 days after the Complaint was filed, or January 10, 2024, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, or February 20, 2024. In light of the agreed-upon extension for Defendants' response to the Complaint, the parties request that, if Plaintiff has not filed a motion for summary judgment by March 11, 2024, Defendants must file their motion for summary judgment by April 22, 2024.  In accordance

Stipulation
C 3:23-cv-05210 LJC　　　　　　　　　　　　1

with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: December 22, 2023                     Respectfully submitted,

                                          ISMAIL J. RAMSEY
                                        United States Attorney

                                        */s/ Elizabeth D. Kurlan*
                                        ELIZABETH D. KURLAN
                                        Assistant United States Attorney
                                        Attorneys for Defendants

Dated: December 22, 2023

                                        */s/ Shabnam Lotfi*
                                        SHABNAM LOTFI
                                        Lotfi Legal LLC

                                          */s/ Jessica Arena*
                                        JESSICA ARENA
                                        Law Office of Jessica Arena

                                        Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 26, 2023

                                        HON. LISA J. CISNEROS
                                        United States Magistrate Judge