```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7298
        FAX: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OKHTAY AZARMANESH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK GARLAND, U.S. Attorney General, *et al.*,<br><br>　　　　　　Defendants. | C 3:23-cv-05210 LJC<br><br>**SECOND STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which Defendants must file their response to Plaintiffs' amended complaint. Defendants will file their response to Plaintiffs' amended complaint by March 18, 2024. The parties make this request because Defendants need a brief period of additional time to prepare their response.

    In light of the agreed-upon extension for Defendants' response to the amended complaint, the parties request that, if Plaintiff has not filed a motion for summary judgment by April 10, 2024, Defendants must file their motion for summary judgment by May 22, 2024. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:23-cv-05210 LJC    1

1 | Dated: February 7, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated:  February 7, 2024

*/s/ Shabnam Lotfi*
SHABNAM LOTFI
Lotfi Legal LLC

*/s/ Jessica Arena*
JESSICA ARENA
Law Office of Jessica Arena

Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 8, 2024

_____
HON. LISA J. CISNEROS
United States Magistrate Judge