```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OKHTAY AZARMANESH,<br><br>                    Plaintiff,<br><br>        v.<br><br>MERRICK GARLAND, U.S. Attorney General, *et al.*,<br><br>                    Defendants. | C 3:23-cv-05210 LJC<br><br>**THIRD STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which Defendants must file their response to Plaintiff's amended complaint. Defendants will file their response to Plaintiff's amended complaint by March 25, 2024. The parties make this request because Defendants need a brief period of additional time to prepare their response.

In light of the agreed-upon extension for Defendants' response to the amended complaint, the parties request that, if Plaintiff has not filed a motion for summary judgment by April 17, 2024, Defendants must file their motion for summary judgment by May 29, 2024. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:23-cv-05210 LJC                                                  1

Dated: March 18, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated:  March 18, 2024

*/s/ Shabnam Lotfi*
SHABNAM LOTFI
Lotfi Legal LLC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 18, 2024

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

Stipulation
C 3:23-cv-05210 LJC

2