ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OKHTAY AZARMANESH, | Case No. 3:23-cv-5210-LJC |
|     Plaintiff, | |
|   v. | **DEFENDANTS' ADMINISTRATIVE MOTION TO SET A DUE DATE FOR DEFENDANTS' REPLY IN SUPPORT OF THEIR CROSS MOTION FOR SUMMARY JUDGMENT; DECLARATION OF ELIZABETH KURLAN** |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States Department of Justice, *et al.*, | |
|     Defendants. | The Honorable Lisa J. Cisneros |

Pursuant to Local Rule 7-11, Defendants, through undersigned counsel, respectfully request the Court set a due date of May 15, 2024, for Defendants to submit their reply in support of their cross motion for summary judgment. Defendants state the following in support of their request:

1.    On April 4, 2024, the parties filed a joint statement regarding their proposed motions and the anticipated schedule for those motions. Dkt. No. 29.

2.    On April 5, 2024, the Court issued an order adopting, in large part, Plaintiff's proposed briefing schedule and set the following briefing and hearing schedule: Plaintiff must file a motion for summary judgment by April 17, 2024; Defendants must file a cross motion for summary judgment by May 1, 2024; Plaintiff must file a reply by May 8, 2024; and a hearing on the parties' cross motions set

for June 11, 2024, at 10:30 a.m. *See* Dkt. Entry on April 5, 2024.

3. Following the Court's order, Defendants sent an email to the Court requesting clarification of their reply due date. On April 8, 2024, the Court issued an order noting that the Court had set a three-brief schedule "similar to the process under Civil Local Rule 16-5." Dkt. No. 30. The Court noted that the Court "is open to allowing a reply brief by Defendants" and instructed Defendants, after conferring with Plaintiff, to "file either a stipulation or an administrative motion to set a briefing and hearing schedule that includes their reply." *Id.*

4. On April 9, 2024, Defendants' counsel contacted Plaintiff's counsel and requested Plaintiff's position on Defendants' request to set Defendants' reply brief due date as May 15, 2024. On April 10, 2024, Plaintiff's counsel stated that Plaintiff did "not have a position regarding Defendants' request[.]"

5. Pursuant to the Court's order, Defendants request that the Court set Defendants' reply due date as May 15, 2024, which is seven days after Plaintiff's reply due date and 27 days before the previously set hearing date of June 11, 2024. Defendants make this request so that they can submit a reply brief in response to any arguments Plaintiff may raise in opposition to Defendants' cross motion for summary judgment. *See* Civil L.R. 7-3(c). The requested modification will not impact the schedule for the case since the same briefing deadlines and hearing date remains in effect: Plaintiff must file a motion for summary judgment by April 17, 2024; Defendants must file a cross motion for summary judgment by May 1, 2024; Plaintiff may file a reply by May 8, 2024; Defendants may file a reply by May 15, 2024; and a hearing on the parties' cross motions set for June 11, 2024, at 10:30 a.m.

For these reasons, and as articulated below in the declaration of counsel, Defendants respectfully request that the Court set Defendants' reply due date as May 15, 2024.

DATED:  April 15, 2024                                Respectfully submitted,

                                                      ISMAIL J. RAMSEY
                                                     United States Attorney

        *s/ Elizabeth D. Kurlan*
        ELIZABETH D. KURLAN
        Assistant United States Attorney

        *Counsel for Defendants*

## ORDER

Good cause having been shown, IT IS SO ORDERED. The Court sets the following revised schedule: Plaintiff must file a motion for summary judgment by April 17, 2024; Defendants must file an opposition and cross motion for summary judgment by May 1, 2024; Plaintiff must file an opposition and may file a reply by May 8, 2024; Defendants may file a reply by May 15, 2024; and a hearing on the parties' cross motions is set for June 11, 2024, at 10:30 a.m.

Date: April 16, 2024

        _____
        HON. LISA J. CISNEROS
        United States Magistrate Judge