ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OKHTAY AZARMANESH,<br><br>            Plaintiff,<br><br>   v.<br><br>MERRICK GARLAND, U.S. Attorney General, *et al*.,<br><br>            Defendants. | C 3:23-cv-05210 LJC<br><br>**STIPULATION TO A REVISED BRIEFING SCHEDULE FOR THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT; ORDER** |

On April 16, 2024, the Court issued an order revising the briefing schedule on the parties' cross motions for summary judgment. Dkt. No. 32. Following the Court's order, the parties conferred and stipulate to a further revision of the briefing schedule. The parties make this request because Defendants need one additional day to prepare and finalize their cross motion for summary judgment. Accordingly, the parties hereby stipulate to the following revised briefing schedule:

    1.    Defendants will file their opposition and cross motion for summary judgment by May 2, 2024.

    2.    Plaintiff will file his opposition and reply by May 10, 2024.

    3.    Defendants will file their reply by May 17, 2024.

    4.    The hearing on the parties' cross motions set for June 11, 2024, at 10:30 a.m., remains

unchanged.

The parties respectfully request that the Court grant their stipulation to a revision of the briefing schedule.

Dated: May 1, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated:  May 1, 2024

*/s/ Shabnam Lotfi*
SHABNAM LOTFI
Lotfi Legal LLC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 3, 2024

HON. LISA J. CISNEROS
United States Magistrate Judge