1  SHABNAM LOTFI* (WI Bar 1090020)
   LOTFI LEGAL LLC
2  P.O. Box 64
   Madison, WI  53701
3  Telephone: (608) 259-6226
4  shabnam@lotfilegal.com
   *Admitted Pro Hac Vice
5
   JESSICA T. ARENA (CA SBN 301807)
6  Law Office of Jessica Arena
   2443 Fillmore Street, No. 380-1614
7  San Francisco, CA 94115
8  (541) 525-3341
   jessica@jtarenalaw.com
9
   Attorneys for Plaintiffs
10                                                 UNITED STATES DISTRICT COURT
11                                                 NORTHERN DISTRICT OF CALIFORNIA
12                                                 SAN FRANCISCO DIVISION
13
14 OKHTAY AZARMANESH,
                                                   C 3:23-cv-05210 LJC
15         Plaintiff,

16         v.                                      **STIPULATION FOR ADMINISTRATIVE MOTION TO HOLD JUNE 11, 2024 HEARING VIA VIDEO CONFERENCE**
   MERRICK GARLAND, U.S. Attorney
17 General, *et al*.,

18         Defendants.                             The Honorable Lisa J. Cisneros

19
20         The parties, by and through their counsel of record, pursuant to Civil Local Rules 7-11 and

21 7-12, hereby jointly stipulate and move this Court to hold the June 11, 2024, hearing entirely via video

22 conference.

23         The parties make this request for several reasons. First, Plaintiff's counsel resides in Madison,

24 Wisconsin, and is traveling to attend a professional conference in Chicago, Illinois, from June 12 to June

25 15, 2024. Second, Plaintiff's counsel seeks to minimize costs of litigation for Plaintiff by reducing travel

26 expenses. In accordance with Civil Local Rule 5-l(i)(3), the filer of this document attests that all

27
28 Stipulation for Administrative Motion to Hold June 11, 2024 Hearing Via Video Conference
   3:23-cv-05210 LJC                                1

signatories listed herein concur in the filing of this document.

Dated: June 3, 2024

                                        */s/ Shabnam Lotfi*
                                        SHABNAM LOTFI
                                        Lotfi Legal LLC

                                        */s/ Jessica Arena*
                                        JESSICA T. ARENA
                                        Law Office of Jessica Arena
                                        Attorneys for Plaintiff

Dated June 3, 2024                   ISMAIL J. RAMSEY
                                        United States Attorney

                                        */s/ Elizabeth D. Kurlan*
                                        ELIZABETH D. KURLAN
                                        Assistant United States Attorney
                                        Attorneys for Defendants

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Date: June 3, 2024

                                        HON. LISA J. CISNEROS
                                        United States Magistrate Judge