UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKHTAY AZARMANESH,<br><br>  Plaintiff,<br><br>  v.<br><br>PAMELA BONDI, et al.,<br><br>  Defendants. | Case No. 23-cv-05210-LJC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 45 |

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial, hearing, or submission on the papers to the Court. The issues have been presented and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Okhtay Azarmanesh.

Dated: March 31, 2025

                                                        Mark Busby, Clerk
                                                        By: _____
                                                          Brittany Sims
                                                          Deputy Clerk

United States District Court
Northern District of California